UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARIE KEANE
              Plaintiff(s)

v.                         CIVIL ACTION NO. 10-10751-GAO

COUNTRYWIDE HOME LOANS, INC. and
BAC HOME LOANS SERVICING LIMITED PARTNERSHIP
f/k/a COUNTRYWIDE HOME LOANS SERVICING, LIMITED PARTNERSHIP
              Defendant(s)

## JUDGMENT IN A CIVIL CASE

O'TOOLE, D.J.

X    **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**In accordance with the court's Opinion and Order, dated March 11, 2011, the defendants' Motion to Dismiss (dkt. No. 7) is GRANTED. The complaint is dismissed.**

                                      SARAH A. THORNTON,
                                      CLERK OF COURT

Dated: 3/11/11                    By /s/ Paul S. Lyness
                                      Deputy Clerk